```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

ALTHEA DAVIS AND RONALD DAVIS                           PLAINTIFFS

VS.                                  CIVIL ACTION NO. 3:02CV271LN

FORD MOTOR COMPANY                                       DEFENDANT

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that plaintiffs' complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 11th day of January, 2006.


                           /s/ Tom S. Lee
                        UNITED STATES DISTRICT JUDGE